IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PATTY KOZISEK,                              )
                                            )
              Plaintiff,                    )              8:06CV512
                                            )
       v.                                   )
                                            )
VISHAY DALE ELECTRONICS,                    )              ORDER OF DISMISSAL
                                            )
              Defendant.                    )
                                            )

       The matter before the court is the parties' Joint Motion to Dismiss with Prejudice.
Filing No. 43.  The court finds that this matter should be dismissed with prejudice.

       IT IS,  THEREFORE, ORDERED, ADJUDGED AND DECREED  that, pursuant to
FED. R. CIV. P. 41(a), the plaintiff's cause of action against the defendant is hereby
dismissed in its entirety, with prejudice, and with the parties to be responsible for their own
costs and attorney fees.

       DATED this 16th day of June, 2008.

                                   BY THE COURT:


                                   s/ Joseph F. Bataillon
                                   Chief United States District Judge